H. L. Ball, Plaintiff in Error, v. Mary A. Bucklin, Administratrix of the Estate of George A. Bucklin, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Bay.

Writ of Error dismissed on motion of counsel for defendant in error.

No appearance for Plaintiff in Error;

*Price & Price,* for Defendant in Error.

---

Sadie E. Key, Plaintiff in Error, v. Lillian Moore, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Pinellas.

Writ of Error dismissed on motion of counsel for defendant in error.

*Freeman P. Lane* and *Charles J. Maurer,* for Plaintiff in Error;

*Herman Merrell,* for Defendant in Error.